IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-101-BO

| | |
|---|---|
| VINCENT PROCOPIO, individually and as Personal Representative of the Estate of Robert Procopio, Jr., <br><br> Plaintiff, <br><br> v. <br><br> SUPER 8 WORLDWIDE, INC., a subsidiary of Wyndham Worldwide; WAKEMED RALEIGH CAMPUS; JEFFREY ABRAMS, M.D.; RODNEY MCCASKILL, M.D; ANDREY BELAYEV, M.D.; CAROLINA DONOR SERVICES, INC.; RALEIGH POLICE DEPARTMENT; DOES 1-10, Inclusive, <br><br> Defendants. | ORDER |

This cause comes before the Court on plaintiff's pro se notice of voluntary dismissal [DE 19] pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. In his notice, plaintiff states, "I no[w] respectfully ask the Court to honor the notice of voluntary dismissal without prejudice as captioned above and take down the instant action in toto, as Plaintiff will now attempt to refine and buttress the amended complaint." In light of plaintiff's notice of voluntary dismissal, this case is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close the case.

SO ORDERED, this *2nd* day of August, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE